EWING v. THE PRESIDENT AND DIRECTORS OF THE OHIO AND
MISSISSIPPI RAILROAD COMPANY.

SUBSCRIPTION OF STOCK.—This case was reversed on the authority of *McCord
v. O. & M. R. R. Co.*, 13 Ind. 220.

APPEAL from the *Jennings* Common Pleas.

RAY, CH. J.—This was an action to recover upon a stock
subscription made by *Ewing* to the railroad company.

The appellant assigns as error the ruling of the court in
sustaining a demurrer to the additional paragraph of his
answer filed to the complaint. That additional paragraph
of answer is an exact copy of the second paragraph of the
answer filed in the case of *McCord* v. *The Pres. etc. O. & M.
R. R. Co.*, 13 Ind. 220, and was there held to be a suffi-
cient answer. Upon the authority of that case, and for
the reasons therein given, the demurrer should have been
overruled by the court below; and this case is reversed,
and it is directed that the court overrule the demurrer
to the additional paragraph of the answer.

*James H. Vawter*, for appellant.